UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELI SCHECHTER and TALYA MALKA, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHAPMAN UNIVERSITY, THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY and DOES 1-50,<br><br>    Defendants. | CASE NO. 8:25-cv-02426-MRA-DFM<br><br>**ORDER RE BRIEFING SCHEDULE AND HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [38]** |

# ORDER

The Court, having considered the parties' Second Joint Stipulation Regarding Briefing Schedule and Hearing Date for Defendants' Motion to Dismiss, and good cause having been shown, order as follows:

IT IS HEREBY ORDERED that:

1.  Plaintiffs shall file their opposition to the Motion to Dismiss by March 3, 2026;

2.  Defendants shall file their reply in support of their Motion to Dismiss by March 17, 2026;

3.  The hearing date for the Motion to Dismiss is continued to April 21, 2026 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 12, 2026     By: _____
                                Hon. Monica Ramirez Almadani