Bryan H. Heckenlively (State Bar No. 279140)
Bryan.Heckenlively@mto.com
Aditi N. Ghatlia (State Bar No. 347260)
Aditi.Ghatlia@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Carl Jiang (State Bar No. 355258)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ELI SCHECHTER and TALYA MALKA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAPMAN UNIVERSITY, THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY, and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-2426-MRA-DFM<br><br>**JOINT STIPULATION REGARDING PLEADING AMENDMENT AND CLASS CERTIFICATION DEADLINES**<br><br>*Filed concurrently with* PROPOSED ORDER |

Case No. 8:25-cv-2426-MRA-DFM

JOINT STIPULATION REGARDING PLEADING AMENDMENT AND CLASS CERTIFICATION DEADLINES

Plaintiffs Eli Schechter and Talya Malka ("Plaintiffs") and Defendant Chapman University ("Chapman") (collectively, the "Parties"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on January 20, 2026, Plaintiffs filed their First Amended Complaint ("FAC") asserting individual and putative class claims (Dkt. No. 34);

WHEREAS, on February 2, 2026, Defendants filed a Motion to Dismiss the FAC under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), which, among other things, challenges Plaintiffs' standing, the sufficiency of Plaintiffs' individual claims, and the viability of the class allegations under Rule 23 (the "MTD") (Dkt. No. 36).  The MTD was heard on April 21, 2026 and remains under submission (Dkt. No. 47);

WHEREAS, on March 26, 2026, the Court issued its Civil Trial Order and Schedule of Pretrial Dates, setting June 23, 2026 as the last date to hear motions to amend pleadings or add parties (Dkt. No. 45-1);

WHEREAS, the Parties' Joint Rule 26(f) Report proposed a class certification discovery cutoff of August 14, 2026, a motion deadline of August 26, 2026, an opposition deadline of September 23, 2026, a reply deadline of October 7, 2026, and a hearing on November 3, 2026 (Dkt. No. 41), and the Court's Order Setting Scheduling Conference otherwise contemplates a July 22, 2026 default deadline for filing a motion for class certification (Dkt. No. 31);

WHEREAS, the Parties have begun exchanging discovery;

WHEREAS, lead counsel for the Parties met and conferred by videoconference on May 26, 2026 regarding discovery issues and the current case schedule;

WHEREAS, Plaintiffs do not presently intend to amend the FAC or add a party before June 23, 2026, but the Court's ruling on the MTD could result in Plaintiffs wishing to amend in response to that ruling, and the Parties agree it is reasonable to defer the deadline for seeking leave to amend for that limited purpose;

WHEREAS, the Parties further agree that it would be efficient to defer class certification proceedings and the deadline for completing class-certification discovery until after the Court rules on the MTD, because the Court's ruling may materially affect the scope of the case, including which claims and class allegations remain and because the ruling could lead to amended pleadings and additional pleading motions;

WHEREAS, good cause exists under Federal Rule of Civil Procedure 16(b)(4) to modify the current schedule because, in light of the considerations above, the current schedule would risk wasting party and judicial resources on issues that may be mooted or substantially altered by the Court's ruling, and the Parties have been diligent in advancing the case;

WHEREAS, this is the Parties' first request to modify these deadlines, and the requested relief will not affect any other date set by the Court's Civil Trial Order;

NOW THEREFORE, Plaintiffs and Chapman, through their counsel of record, stipulate to and request that the Court enter the attached proposed Order.

DATED:  May 28, 2026          MUNGER, TOLLES & OLSON LLP


By:   _/s/ Bryan H. Heckenlively_
       BRYAN H. HECKENLIVELY
       Attorneys for Defendants

DATED:  May 28, 2026           NATIONAL JEWISH ADVOCACY CENTER, INC.


By:    _/s/ Matthew Mainen_
       MATTHEW MAINEN
       Attorneys for Plaintiffs


**<u>Signature Attestation</u>**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  May 28, 2026           MUNGER, TOLLES & OLSON LLP


By:    _/s/ Bryan H. Heckenlively_
       BRYAN H. HECKENLIVELY
       Attorneys for Defendants

JOINT STIPULATION REGARDING PLEADING AMENDMENT AND CLASS CERTIFICATION DEADLINES