UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ELI SCHECHTER and TALYA MALKA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAPMAN UNIVERSITY, THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY, and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02426-MRA-DFM<br><br>**ORDER REGARDING PLEADING AMENDMENT AND CLASS CERTIFICATION DEADLINES [52]**<br><br>*Filed concurrently with* STIPULATION |

Having considered the Parties' Joint Stipulation Regarding Pleading Amendment and Class Certification Deadline, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), IT IS HEREBY ORDERED that:

1. The June 23, 2026 deadline to hear motions to amend pleadings or add parties is VACATED.

2. All deadlines related to class certification are VACATED, including but not limited to (a) any class certification discovery cutoff; (b) the August 26, 2026 deadline for Plaintiffs to file a motion for class certification; (c) any briefing or hearing dates on the potential motion for class certification.

3. After the Court issues an order resolving Defendants' Motion to Dismiss the First Amended Complaint, the Parties shall meet and confer and file, within 14 days of the Court's Order, a joint report proposing (a) a new deadline to hear motions to amend pleadings or add parties and (b) a new schedule for class certification discovery, briefing, and hearing.

4. All other dates and deadlines in the Court's March 26, 2026, Civil Trial Order remain in full force and effect.

DATED:  June 1, 2026

Honorable Mónica Ramírez Almadani
United States District Judge

-1-                                    Case No. 8:25-cv-2426-MRA-DFM
ORDER REGARDING PLEADING AMENDMENT AND CLASS CERTIFICATION DEADLINES