UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ELI SCHECHTER and TALYA MALKA, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CHAPMAN UNIVERSITY, THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY, and DOES 1-50,<br><br>Defendants. | Case No. 8:25-cv-02426-MRA-DFM<br><br>**ORDER REGARDING PRETRIAL DEADLINES [59]** |

Having considered the Parties' Second Joint Stipulation Regarding Pretrial Deadlines, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), IT IS HEREBY ORDERED that:

All unexpired deadlines in the current scheduling order (Dkt. No. 45-1), including but not limited to, (a) fact discovery cutoff, (b) expert discovery cutoff, and (c) dispositive motion hearing dates, are hereby continued by 120 days from their current dates as follows, with bolded dates adjusted to fall on a Tuesday consistent with the Court's scheduling requirements:

| **Event** | **Current Date** | **Continued Date** |
|---|---|---|
| Non-Expert Discovery Cut-Off | Oct. 6, 2026 | Feb. 3, 2027 |
| Expert Disclosure (Initial) | Oct. 27, 2026 | Feb. 24, 2027 |
| Expert Disclosure (Rebuttal) | Nov. 24, 2026 | Mar. 24, 2027 |
| Expert Discovery Cut-Off | Dec. 15, 2026 | Apr. 14, 2027 |
| **Last Date to Hear Non-Discovery Motions** | **Dec. 29, 2026** | **Apr. 27, 2027** |
| **Last Date to Hear Daubert Motions** | **Jan. 26, 2027** | **May 25, 2027** |
| Settlement Conference Completion | Feb. 16, 2027 | June 16, 2027 |
| Motions in Limine Filing Deadline | Feb. 16, 2027 | June 16, 2027 |
| Opposition to MIL Filing Deadline | Feb. 23, 2027 | June 23, 2027 |
| **Final Pretrial Conference** | **Mar. 16, 2027** | **July 13, 2027, at 1:30 p.m.** |

DATED: September 17, 2026

Mónica R. Almadani

Honorable Mónica Ramírez Almadani
United States District Judge