UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

ELI SCHECHTER and TALYA MALKA, individually and on behalf of a class of similarly situated individuals,

Plaintiffs,

vs.

CHAPMAN UNIVERSITY, THE BOARD OF TRUSTEES OF CHAPMAN UNIVERSITY, and DOES 1-50,

Defendants.

Case No. 8:25-cv-02426-MRA-DFM

**ORDER REGARDING PRETRIAL DEADLINES [62]**

*Filed concurrently with* THIRD JOINT STIPULATION *and* BRYAN H. HECKENLIVELY DECLARATION IN SUPPORT OF THIRD JOINT STIPULATION

Having considered the Parties' Third Joint Stipulation Regarding Pretrial Deadlines, and finding good cause under Federal Rule of Civil Procedure 16(b)(4), IT IS HEREBY ORDERED that:

All unexpired deadlines in the current scheduling order (Dkt. No. 60) are VACATED. After the Court issues an order resolving Defendants' Motion to Dismiss the First Amended Complaint, the Parties shall meet and confer and file, within 14 days of the Court's Order, a joint report proposing a new case schedule.

DATED: November 16, 2026

Honorable Mónica Ramírez Almadani
United States District Judge